**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlton Milton PHILLIPS,**
**Defendant–Appellant.**

**No. 00–7488.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.
Decided March 28, 2001.

Carlton Milton Phillips, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Carlton Milton Phillips seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Phillips*, Nos. CR–93–17; CA–99–63–5–1–V (W.D.N.C. filed Sept. 28, 2000; entered Oct. 5, 2000). We dispense with oral argument because the facts and legal contentions are ade-

---

[*] Phillips alleges for the first time on appeal that his sentence was illegal under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Even if this claim were properly before the court, Phillips was not sentenced above the statutory maximum under 21 U.S.C.A. § 841(b)(1)(C) (West 1999). As a result, the sentence does not implicate the concerns raised in *Apprendi. See United States v. White*, 238 F.3d 537 (4th Cir.2001).